**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Damien Edward James VICTOR, also known as Gus, Defendant–Appellant.**

No. 12–30097
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Oct. 16, 2012.

Camille Ann Domingue, Myers P. Namie, U.S. Attorney's Office, Lafayette, LA, for Plaintiff–Appellee.

Alysson Leigh Mills, Esq., Fishman, Haygood, Phelps, Walmsley, Willis & Swanson, L.L.C., New Orleans, LA, for Defendant–Appellant.

Before HIGGINBOTHAM, SMITH, and HAYNES, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Damien Edward James Victor has moved for leave to withdraw and has filed a brief

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Victor has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.